FCA US LLC, v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-5539

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/1101325559 | Automobiles & Motorcycles Franchise99 Store |
| 2 | aliexpress.com/store/1102668229 | Barley Store |
| 3 | aliexpress.com/store/1102765680 | Car Shop Boutique Store |
| 4 | aliexpress.com/store/1102786063 | Carlotan Store |
| 5 | aliexpress.com/store/1101501149 | HOENYZY Official Store |
| 6 | aliexpress.com/store/1102579185 | Pinayan 5 Store |
| 7 | aliexpress.com/store/1102278514 | rryae Store |
| 8 | aliexpress.com/store/1102633475 | Shop1102633474 Store |
| 9 | aliexpress.com/store/1102659747 | Shop1102658701 Store |
| 10 | aliexpress.com/store/1102680264 | Shop1102682166 Store |
| 11 | aliexpress.com/store/1102784185 | Shop1102784184 Store |
| 12 | aliexpress.com/store/1102881386 | Shop1102876402 Store |
| 13 | aliexpress.com/store/1101787504 | sunfil all filters Store |
| 14 | aliexpress.com/store/1101127095 | SUV Car Parts Shop |
| 15 | aliexpress.com/store/1102023779 | YAN002 Store |
| 16 | amazon.com/sp?seller=A3K10WN38HLQDB | A3K10WN38HLQDB |
| 17 | amazon.com/sp?seller=A1P09KLQ3VCOJA | Anqing Neon signs |
| 18 | amazon.com/sp?seller=AR40DSJD26Y8D | DUOYUAN SELLER |
| 19 | amazon.com/sp?seller=A3FMG8A9RL9UAO | Ethel Delia |
| 20 | amazon.com/sp?seller=A384E1AWAF8PBM | fega20 |
| 21 | amazon.com/sp?seller=A2GE3FHSHS0BIC | guangzhouyandongkejiyouxiangongsi |
| 22 | amazon.com/sp?seller=A2V8Y06WLYMG8S | huaerseller |
| 23 | amazon.com/sp?seller=A2ZF0K7IFIDCPR | Kimiss |
| 24 | amazon.com/sp?seller=A3IHZV9LGMDRJF | LetCart |
| 25 | amazon.com/sp?seller=AWZSEM3CMTS9J | LKMY |
| 26 | amazon.com/sp?seller=A3IDW6JFUGGNDL | Mizucco c |
| 27 | amazon.com/sp?seller=AC5N1TXR9MOYQ | Neon Light Sign |
| 28 | amazon.com/sp?seller=A2O48OLY1UN6B4 | QSTMingYuxiaodian |
| 29 | amazon.com/sp?seller=A3M68EPPI4P4YC | Soar Art Shop |
| 30 | amazon.com/sp?seller=A2CNHZ4ABV340P | Susan Ashley |
| 31 | amazon.com/sp?seller=AEK7FA9CTHC6V | TOOLEPIC Products |
| 32 | amazon.com/sp?seller=AMESXPDNJ81PR | Wandisy |
| 33 | amazon.com/sp?seller=A7ULISID0ZKRN | WASTOREEL |

| # | URL | Name |
|---|---|---|
| 34 | amazon.com/sp?seller=A2EQZX4KUQC08O | wuhufangoudianzishangwuyouxiangongsi |
| 35 | amazon.com/sp?seller=AF1VKSJOZXP2U | wxldd |
| 36 | amazon.com/sp?seller=A1TX7KYTCSXR52 | XueMengYin123 |
| 37 | amazon.com/sp?seller=A3UOH6UFKYX3BS | xuuyuu |
| 38 | amazon.com/sp?seller=AMKUKV8KW20EY | YangQuanYuanHengShangMaoYouXianGongSi |
| 39 | amazon.com/sp?seller=A1PJFI7VIGC9KX | Yisiii |
| 40 | amazon.com/sp?seller=A3A4M0ZDWTXCYN | YouYingbonhy |
| 41 | amazon.com/sp?seller=A3NECVDNIP2A5U | yxhcar |
| 42 | dhgate.com/store/21815365 | ai792 Store |
| 43 | dhgate.com/store/21815450 | ai826 Store |
| 44 | dhgate.com/store/21810528 | aldwing Store |
| 45 | dhgate.com/store/20997231 | amoyshoes Store |
| 46 | dhgate.com/store/21829355 | bcc260 Store |
| 47 | dhgate.com/store/21850971 | ghyj657 Store |
| 48 | dhgate.com/store/21819453 | nufd Store |
| 49 | dhgate.com/store/21027224 | prevalent Store |
| 50 | dhgate.com/store/21818747 | r1tj Store |
| 51 | dhgate.com/store/21830184 | us_nevada Store |
| 52 | dhgate.com/store/20910477 | xiaoming13881 Store |
| 53 | ebay.com/usr/all-out-performance | all-out-performance |
| 54 | ebay.com/usr/au-michome | au-michome |
| 55 | ebay.com/usr/auto.motors-t0p1.u | auto.motors-t0p1.u |
| 56 | ebay.com/usr/backlamp2023 | backlamp2023 |
| 57 | ebay.com/usr/best_autotrim | best_autotrim |
| 58 | ebay.com/usr/chenmeng81 | chenmeng81 |
| 59 | ebay.com/usr/coraltreely | coraltreely |
| 60 | ebay.com/usr/eovg6119 | eovg6119 |
| 61 | ebay.com/usr/fewen_05 | fewen_05 |
| 62 | ebay.com/usr/forward-ing | forward-ing |
| 63 | ebay.com/usr/guangwa_14 | guangwa_14 |
| 64 | ebay.com/usr/hopeybstar7 | hopeybstar7 |
| 65 | ebay.com/usr/huangyi-40 | huangyi-40 |
| 66 | ebay.com/usr/liuguanjia_beihua | liuguanjia_beihua |
| 67 | ebay.com/usr/longl31 | longl31 |
| 68 | ebay.com/usr/ltp3-84 | ltp3-84 |
| 69 | ebay.com/usr/luantelope | luantelope |
| 70 | ebay.com/usr/maxiaowei2012 | maxiaowei2012 |
| 71 | ebay.com/usr/meilinl_amp | meilinl_amp |
| 72 | ebay.com/usr/mollision | mollision |
| 73 | ebay.com/usr/osteinstoree | osteinstoree |
| 74 | ebay.com/usr/petsunin | petsunin |
| 75 | ebay.com/usr/pik-83 | pik-83 |

| | | |
|---|---|---|
| 76 | ebay.com/usr/purongchen | purongchen |
| 77 | ebay.com/usr/qinyongchongq | qinyongchongq |
| 78 | ebay.com/usr/reng_5789 | reng_5789 |
| 79 | ebay.com/usr/rerpro_02 | rerpro_02 |
| 80 | ebay.com/usr/shaoguanqianhaosha_0 | shaoguanqianhaosha_0 |
| 81 | ebay.com/usr/shengtu1220 | shengtu1220 |
| 82 | ebay.com/usr/smokealarm003 | smokealarm003 |
| 83 | ebay.com/usr/song06_29 | song06_29 |
| 84 | ebay.com/usr/szkxk-05 | szkxk-05 |
| 85 | ebay.com/usr/the_one-motorparts | the_one-motorparts |
| 86 | ebay.com/usr/vh-auto | vh-auto |
| 87 | ebay.com/usr/waterpump | waterpump |
| 88 | ebay.com/usr/willowly | willowly |
| 89 | ebay.com/usr/xunza-auto | xunza-auto |
| 90 | walmart.com/seller/101346680 | KEXIKELE |
| 91 | wish.com/merchant/5f7f365c481a598f3c59bfa2 | 6x0_lfr73 |
| 92 | wish.com/merchant/61df576c83a176a928717184 | Aquiloconsigues |
| 93 | wish.com/merchant/541fba7882b9ac03b343b5a1 | caixi fashion |
| 94 | wish.com/merchant/5e799de735692d5170c0d6f4 | Carllp |
| 95 | wish.com/merchant/593fed5babea91778926efa1 | chenjianmei |
| 96 | wish.com/merchant/5fc1ed670072380d2c1f5477 | Didettioners88 |
| 97 | wish.com/merchant/5fd9413e5f027911d15b96e0 | Divinasx1 |
| 98 | wish.com/merchant/63fdf373bc2e61dfb96b143b | dony-6 |
| 99 | wish.com/merchant/6104f3e8a42c413e069ceca3 | fangjiaxing1134 |
| 100 | wish.com/merchant/56020401a6774b7fed7fc261 | Fashion clothing seller |
| 101 | wish.com/merchant/5e819d0df3f2c69101d301bb | GroverJosephinelFqLkD |
| 102 | wish.com/merchant/5e621c4dba0cbc0bc10643ac | huangheyingshop |
| 103 | wish.com/merchant/5de5f681ae88ea30bfa730c3 | Huijiaojiedi Bags |
| 104 | wish.com/merchant/5e6923c79145add8cd972e45 | lieliba49 |
| 105 | wish.com/merchant/5ff6979aeccbf0b3f59c9fa9 | liuwenke7640 |

| | | |
|---|---|---|
| 106 | wish.com/merchant/5e7ad4f6aa904c3c0c8de2a6 | MaryJenkins |
| 107 | wish.com/merchant/5e7ad4eaf33be122819a78a1 | MatthewPapenfuss |
| 108 | wish.com/merchant/5f3ccb5dfc3a3175e38f636b | muliuqian50564 |
| 109 | wish.com/merchant/60c046c10922304e90d40561 | qinhaitao55207 |
| 110 | wish.com/merchant/5dd4ddf9af8da4a33aecb7f7 | qiukanyuyang |
| 111 | wish.com/merchant/5d537b2f7edfad3a00878e25 | RUO YUISXUISNDB |
| 112 | wish.com/merchant/5ae401269c15ff769ea0b6c4 | ryimbc |
| 113 | wish.com/merchant/5b76cb9261fa7e15839f3cc7 | shengtaikeji |
| 114 | wish.com/merchant/5e64c11629e7866b7905c915 | Suerfieby Mask |
| 115 | wish.com/merchant/5a3b99f41e7f7516be7c575b | taozinesang |
| 116 | wish.com/merchant/5dca4249e0e9180d8dadd726 | TING TING LELE Commodity STORE |
| 117 | wish.com/merchant/58edf958442828105e149945 | Vit Trading Shop |
| 118 | wish.com/merchant/60ced5bc801a095d81c94ce2 | wuyuhang24341 |
| 119 | wish.com/merchant/5ee09c1e1864ed81a7d94ff4 | yanshuilishang |
| 120 | wish.com/merchant/60c086e71ebec71804344f4f | zhangxuanli55187 |
| 121 | wish.com/merchant/5da683f26e844f0325884349 | ZHAOZHUJUNDS |